UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>HENRY BORELLI,<br><br>                    Defendant. | No. 84-CR-63 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of Defendant Henry Borelli's motion for compassionate release.  (See dkt. no. 887.)  The Government shall respond to the motion no later than March 1, 2021.  Mr. Borelli may reply no later than March 22, 2021.  The Clerk of the Court shall mail a copy of this order to Mr. Borelli.

**SO ORDERED.**

Dated:    February 1, 2021
　　　　  New York, New York

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　Senior United States District Judge