RE: Case No: 84-CR-63

Judge Loretta A. Preska                    March 15, 2021
U.S. District Court
500 Pearl Street
New York, NY 10007

Dear Judge,
        Please file and respond, in kind, to
the enclosed inquiry at your offices convenience.
I thank you for your attention and consideration.

Respectfully,

Henry Borelli
    Henry J. Borelli, 14589-053
    FCI - Gilmer
    PO BOX 6000
    Glenville, WV 26351

Certified No: 7017 2400 0000 5516 8419

United States District Court
Southern District of New York

United States of America,
        Respondent/Plaintiff,

V.                          Case. No.  84-CR-63 (LAP)

Henry J. Borelli,
        Petitioner/Defendant.

## Status Inquiry

   Petitioner, Henry J. Borelli, respectfully inquires as to the status of proceedings in the Section 3582 Petition that he has before the Court. And requests that the Clerk's Office would serve such Notice of Status on receipt of the present. Furthermore, Petitioner serves 'Judicial Notice' that FCI-Gilmer, the institution of Mr. Borelli's federal custody, as of March 12, 2021, has once-again entered into Covid-19 protocol lock-down measures due to a re-newed outbreak of inmate infections.

Respectfully Requested,

Henry J Borelli

Henry J Borelli, 14589-053
FCI Gilmer
PO BOX 6000
Glenville WV 26351        1.

   Certified NO: 7017 2400 0000 5516 8419



Henry J. Bozelli, 14584-053
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

CERTIFIED MAIL

7017 2400 0000 5596 8479

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Criminal
Docketing