```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>HENRY BORELLI,<br><br>                    Defendant. | No. 84-CR-63 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Henry Borelli's letter, dated March 15, 2021, requesting an update on the status of his pending motion for compassionate release.  (See dkt. no. 892.)  The Court recently granted the Government an extension-- until March 26, 2021--to respond to Mr. Borelli's motion.  (See dkt. no. 891.)  Upon filing its response, the Government shall mail a copy to Mr. Borelli.  Mr. Borelli may then file any reply within three weeks of his receipt of the Government's papers.  The Clerk of the Court shall mail a copy of this order to Mr. Borelli.

**SO ORDERED.**

Dated:    March 25, 2021
          New York, New York

                                      *Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge